# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>ARAMARK CAMPUS LLC,<br><br>  Defendant. | Case No. 1:23-cv-01082-NODJ-SAB<br><br>ORDER VACATING FEBRUARY 21, 2024 HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 21, 29) |

A hearing is currently set for February 21, 2024, regarding Defendant's motion to dismiss Plaintiff's first amended complaint and Plaintiff's subsequent motion for leave to file his first amended complaint. (ECF Nos. 21, 29.) Having considered the parties' briefing and the Court's file, the Court finds this matter suitable for decision without oral argument and shall vacate the hearing set for February 21, 2024.

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's and Plaintiff's respective motions set for February 21, 2024, at 10:00 a.m. in Courtroom 9 (ECF No. 29, 30), is VACATED.

IT IS SO ORDERED.

Dated:   **February 20, 2024**

UNITED STATES MAGISTRATE JUDGE

1