# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND WILLIAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>ARAMARK CAMPUS LLC,<br><br>          Defendant. | Case No.  1:23-cv-01082-KES-SAB<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO FILE A SUPPLEMENTAL BRIEF<br><br>(ECF No. 35) |

On March 28, 2024, Defendant filed a request to file a supplemental brief in support of its pending motion to dismiss the first amended complaint (ECF No. 21) and opposition to Plaintiff's subsequently filed motion for leave to file his first amended complaint (ECF Nos. 29, 31). (ECF No. 35.)  Defendant proffers its supplemental briefing would address Plaintiff's execution of a January 18, 2024 Settlement Agreement and Release of Claims (the "Settlement Agreement"), in connection with another action brought in this district by Plaintiff against Defendant, Armand Williams et al. v. Aramark Campus, LLC, et al., Case No. 23-cv-000291-EPG. (Id. at 2.) Defendant submits the settlement in Plaintiff's class action against Defendant extinguishes Plaintiff's claims in the instant action and renders further amendment futile. (Id.)

Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

1. Within **five (5) days** from the date of entry of this order, Defendants may file supplemental briefing not to exceed three pages in length limited to addressing the impact Plaintiff's settlement in case number 23-cv-000291-EPG has on the pending motions; and

2. Within **five (5) days** from the date Defendants file their supplemental brief, Plaintiff may file a response not to exceed three pages in length.

IT IS SO ORDERED.

Dated: **March 29, 2024**

UNITED STATES MAGISTRATE JUDGE

2